# UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

SHIRLEY RANOLLS, Individually and as §
Representative of the Estate of April Dawn §
Ranolls, and RHONDA RENEE HOGAN, §
　　　　　　　　　　　　　　　　　　　§
　　　　　Plaintiffs, §
　　　　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　　　§ CIVIL ACTION NO. 1:15-CV-111
　　　　　　　　　　　　　　　　　　　§
ADAM DEWLING, TANKSTAR USA, §
INC., ROGERS CARTAGE CO., and §
BULK LOGISTICS, INC., §
　　　　　　　　　　　　　　　　　　　§
　　　　　Defendants. §



## AMENDED SCHEDULING ORDER

The parties' Second Agreed Motion to Amend the Scheduling Order (#35) is granted.  The schedule is amended as follows.

1. January 11, 2016　　　　　NEW PARTIES shall be joined, without leave of court, by this date.

2. January 11, 2016　　　　　The pleadings shall be AMENDED, without leave of court, by this date.

3. March 6, 2016　　　　　　PLAINTIFFS shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. April 11, 2016　　　　　　DEFENDANTS shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. June 20, 2016　　　　　　DISCOVERY shall be completed by this date.

6. July 17, 2016　　　　　　MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.

7. October 10, 2016　　　　　The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

8. October 17, 2016　　　　　OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

9. November 4, 2016　　　　　FINAL STATUS CONFERENCE at 10:00 a.m.  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date.

10. 5 days　　　　　　　　　Estimated time to try before a jury.

SIGNED at Beaumont, Texas, this 10th day of December, 2015.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE