IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHIRLEY RANOLLS, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF APRIL DAWN RANOLLS, DECEASED<br><br>VS.<br><br>ADAM DEWLING, ET AL | § § § § § § § § § § | Civil Action No.: 1:15-cv-00111 |

**ORDER GRANTING DEFENDANTS' MOTION TO DESIGNATE PILOT TRAVEL CENTERS LLC d/b/a PILOT FLYING J AND THE STATE OF TEXAS AS RESPONSIBLE THIRD PARTIES**

On this the _____ day of _____ 2016, this Court considered the Defendants, Adam Dewling, Tankstar USA, Inc., Rogers Cartage, Co., and Bulk Logistics, Inc., Motion to Designate Pilot Travel Centers LLC d/b/a Pilot Flying J and the State of Texas as Responsible Third Parties. The Court, having considered the motion and the arguments therein, agrees that this Motion to Designate Pilot Travel Centers LLC d/b/a Pilot Flying J and the State of Texas as Responsible Third Parties is meritorious, and should be GRANTED.

It is, therefore, ORDERED that the Defendants' Motion to Designate Pilot Travel Centers LLC d/b/a Pilot Flying J and the State of Texas as Responsible Third Parties is GRANTED.

497655.1-01112016